# Exhibit A

Siri | Glimstad

NEW YORK | LOS ANGELES | MIAMI
PHOENIX | DETROIT | DENVER | AUSTIN

200 Park Avenue, 17th Floor, New York, NY 10166
sirillp.com | P: (212) 532-1091 | F: (646) 417-5967

**CDC FREEDOM OF INFORMATION ACT REQUEST**

**VIA ONLINE PORTAL**                                         June 15, 2022

Roger Andoh
Freedom of Information Officer
Centers for Disease Control and Prevention
1600 Clifton Road, N.E., Building 57, Room MS D-54
Atlanta, Georgia 30333

    *Re: Study Designs and Analysis Plans for Post-COVID Conditions Study (IR#0792C)*

Dear Sir or Madam:

    This firm represents the Informed Consent Action Network ("**ICAN**"). On behalf of ICAN, please provide the following records to foia@sirillp.com in electronic form:

1. **The study design, including any drafts, amendments, or versions of the study design, for the study titled "Post-COVID Conditions Among Adult COVID-19 Survivors Aged 18-64 and ≥ 65 Years – United States, March 2020 – November 2021" published in the Morbidity and Mortality Weekly Report dated May 27, 2022, available at https://www.cdc.gov/mmwr/volumes/71/wr/pdfs/mm7121e1-H.pdf and attached hereto as Exhibit A.**

2. **The analysis plan, including any drafts, amendments, or versions of the analysis plan, for the study titled "Post-COVID Conditions Among Adult COVID-19 Survivors Aged 18-64 and ≥ 65 Years – United States, March 2020 – November 2021" published in the Morbidity and Mortality Weekly Report dated May 27, 2022, available at https://www.cdc.gov/mmwr/volumes/71/wr/pdfs/mm7121e1-H.pdf and attached hereto as Exhibit A.**

    We ask that you waive any and all fees or charges pursuant to 5 U.S.C. § 552(a)(4)(A)(iii). ICAN is a not-for-profit news media organization whose mission is to raise public awareness about vaccine safety and to provide the public with information to give informed consent. (**Exhibit B**.) As part of its mission, ICAN actively investigates and disseminates information regarding vaccine

safety issues for free, including through its website,[1] a weekly health news and talk show,[2] and through press events and releases. ICAN is seeking the information in this FOIA request to allow it to contribute to the public understanding of the government's vaccine safety programs, including the government's efforts to promote vaccine safety. The information ICAN is requesting will not contribute to any commercial activities. Therefore, ICAN should be properly categorized as a media requester, and it is entitled to the search and processing privileges associated with such a category designation. Accordingly, ICAN will be forced to challenge any agency decision that categorizes it as any other category of requester.

Please note that the FOIA provides that if only portions of a requested file are exempted from release, the remainder must still be released. We therefore request that we be provided with all non-exempt portions which are reasonably segregable. We further request that you describe any deleted or withheld material in detail and specify the statutory basis for the denial as well as your reasons for believing that the alleged statutory justification applies. Please also separately state your reasons for not invoking your discretionary powers to release the requested documents in the public interest. Such statements may help to avoid unnecessary appeal and litigation. ICAN reserves all rights to appeal the withholding or deletion of any information.

Access to the requested records should be granted within twenty (20) business days from the date of your receipt of this letter. Failure to respond in a timely manner shall be viewed as a denial of this request and ICAN may immediately take further administrative or legal action.

Furthermore, we specifically request that the agency provide us with an estimated date of completion for this request.

If you would like to discuss our request or any issues raised in this letter, please feel free to contact us at (212) 532-1091 or foia@sirillp.com during normal business hours. Thank you for your time and attention to this matter.

                                                             Very truly yours,

                                                             */s/ Aaron Siri*
                                                             Aaron Siri, Esq.
                                                             Elizabeth A. Brehm, Esq.
                                                             Colin M. Farnsworth Esq.

---

[1] https://www.icandecide.org/.

[2] https://thehighwire.com/.

# Exhibit A

# Post-COVID Conditions Among Adult COVID-19 Survivors Aged 18–64 and ≥65 Years — United States, March 2020–November 2021

Lara Bull-Otterson, PhD[1]; Sarah Baca[1,2]; Sharon Saydah, PhD[1]; Tegan K. Boehmer, PhD[1]; Stacey Adjei, MPH[1]; Simone Gray, PhD[1]; Aaron M. Harris, MD[1]

*On May 24, 2022, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

A growing number of persons previously infected with SARS-CoV-2, the virus that causes COVID-19, have reported persistent symptoms, or the onset of long-term symptoms, ≥4 weeks after acute COVID-19; these symptoms are commonly referred to as post-COVID conditions, or long COVID (*1*). Electronic health record (EHR) data during March 2020–November 2021, for persons in the United States aged ≥18 years were used to assess the incidence of 26 conditions often attributable to post-COVID (hereafter also referred to as incident conditions) among patients who had received a previous COVID-19 diagnosis (case-patients) compared with the incidence among matched patients without evidence of COVID-19 in the EHR (control patients). The analysis was stratified by two age groups (persons aged 18–64 and ≥65 years). Patients were followed for 30–365 days after the index encounter until one or more incident conditions were observed or through October 31, 2021 (whichever occurred first). Among all patients aged ≥18 years, 38% of case-patients experienced an incident condition compared with 16% of controls; conditions affected multiple systems, and included cardiovascular, pulmonary, hematologic, renal, endocrine, gastrointestinal, musculoskeletal, neurologic, and psychiatric signs and symptoms. By age group, the highest risk ratios (RRs) were for acute pulmonary embolism (RR = 2.1 and 2.2 among persons aged 18–64 and ≥65 years, respectively) and respiratory signs and symptoms (RR = 2.1 in both age groups). Among those aged 18–64 years, 35.4% of case-patients experienced an incident condition compared with 14.6% of controls. Among those aged ≥65 years, 45.4% of case-patients experienced an incident condition compared with 18.5% of controls. These findings translate to one in five COVID-19 survivors aged 18–64 years, and one in four survivors aged ≥65 years experiencing an incident condition that might be attributable to previous COVID-19. Implementation of COVID-19 prevention strategies, as well as routine assessment for post-COVID conditions among persons who survive COVID-19, is critical to reducing the incidence and impact of post-COVID, particularly among adults aged ≥65 years (*2*).

A retrospective matched cohort design was used to analyze EHRs during March 2020–November 2021, from Cerner Real-World Data,* a national, deidentified data set of approximately 63.4 million unique adult records from 110 data contributors in the 50 states. Case-patients (353,164) were adults aged ≥18 years who received either a diagnosis of COVID-19 or a positive SARS-CoV-2 test result[†] (case-patient index encounter) in an inpatient, emergency department, or outpatient settings within a subset of health care facilities that use Cerner EHRs. Control patients (1,640,776) had a visit in the same month as the matched case-patient (control index encounter) and did not receive a COVID-19 diagnosis or a positive SARS-CoV-2 test result during the observation period. Controls were matched 5:1 with case-patients. All patients included in the analysis were required to have at least one encounter in their EHR during the year preceding and the year after the index encounter.

The occurrence of 26 clinical conditions previously attributed to post-COVID illness was assessed by review of the scientific literature[§] (*3–5*) (Supplementary Table 1, https://stacks.cdc.gov/view/cdc/117411). Patients were followed for 30–365 days after the index encounter until the first occurrence of an incident condition or until October 31, 2021, whichever occurred first. Case-patients or control patients with a previous history of one of the included conditions in the year before the index encounter were excluded (478,072 patients). The analysis was stratified by age into two groups: adults aged 18–64 and adults aged ≥65 years. Incidence rates per 100 person-months, and RRs with 95% CIs, were calculated. The number of COVID-19 case-patients having

---

* https://www.cerner.com/solutions/real-world-data?_ga=2.134259058.2081252678.1649198012-1806687702.1649105445
[†] COVID-19 cases with associated positive test result were identified by the following: Systematized Nomenclature of Medicine (SNOMED) codes 840533007, 840535000, 840539006, and 840546002; *International Classification of Diseases, Tenth Edition, Clinical Modification* (ICD-10-CM) codes B97.29 (March, 2020) and U07.1 (April–May 2020); and Logical Observation Identifiers Names and Codes (LOINC) codes 68993–5, 92142–9, 92141–1, 94309–2, 94307–6, 94308–4, 94500–6, 94502–2, 94533–7, 94534–5, 94559–2, 94756–4, 94757–2, 94758–0, 94845–5, 95406–5, 95409–9, 96091–4, 95425–5, 95423–0, and 96448–6.
[§] Acute myocardial infarction, cardiac dysrhythmias, cardiovascular disease, heart failure, myocarditis and cardiomyopathy, acute pulmonary embolism, respiratory symptoms, asthma, renal failure, chronic kidney disease, thromboembolic event, cerebrovascular disease, coagulation and hemorrhagic conditions, gastrointestinal and esophageal conditions, neurologic conditions, smell and taste disturbances, mood disorders, other mental conditions, anxiety and fear-related conditions, sleeping disorders, substance-related disorders, malaise and fatigue, muscle disorders, musculoskeletal pain, diabetes type 2, and diabetes type 1.

experienced an incident condition was also estimated by age group.¶ Nonoverlapping CIs between age groups were considered statistically significant. Analyses were performed using RStudio Workbench (version 3.0; RStudio). This activity was reviewed by CDC and was conducted consistent with applicable federal law and CDC policy.**

Among all patients aged ≥18 years, 38.2% of case-patients and 16.0% of controls experienced at least one incident condition (Table). Among persons aged 18–64 years, 35.4% of case-patients and 14.6% of controls experienced at least one incident condition. Among persons aged ≥65 years, 45.4% of case-patients and 18.5% of controls experienced at least one incident condition. The absolute risk difference between the percentage of case-patients and controls who developed an incident condition was 20.8 percentage points for those aged 18–64 years and 26.9 percentage points for those aged ≥65 years. This finding translates to one in five COVID-19 survivors aged 18–64 years and one in four survivors aged ≥65 years experiencing an incident condition that might be attributable to previous COVID-19.

The most common incident conditions in both age groups were respiratory symptoms and musculoskeletal pain (Supplementary Table 2, https://stacks.cdc.gov/view/cdc/117411). Among both age groups, the highest RRs were for incident conditions involving the pulmonary system, including acute pulmonary embolism (RR = 2.2 [patients aged ≥65 years] and 2.1 [patients aged 18–64 years]) and respiratory symptoms (RR = 2.1, both age groups) (Figure). Among patients aged ≥65 years, the risks were higher among case-patients than among controls for all 26 incident conditions, with RRs ranging from 1.2 (substance-related disorder) to 2.2 (acute pulmonary embolism). Among patients aged 18–64 years, the risks were higher among case-patients than among controls for 22 incident conditions, with RRs ranging from 1.1 (anxiety) to 2.1 (acute pulmonary embolism); no significant difference was observed for cerebrovascular disease or mental health conditions, such as mood disorders, other mental conditions, and substance-related disorders.

Differences by age group were noted. The RR for cardiac dysrhythmia was significantly higher among patients aged 18–64 years (RR = 1.7) compared with those aged ≥65 years (1.5). Similarly, the RR for musculoskeletal pain was higher among patients aged 18–64 years (1.6) than among those aged ≥65 years (1.4). Among case-patients, the RRs for 10 incident conditions was significantly higher among those aged ≥65 years than among those aged 18–64 years; these conditions were

¶ Calculated as the reciprocal of the absolute risk difference of COVID-19 case-patients and non–COVID-19 controls that experience at least one incident condition.
** 45 C.F.R. part 46.102(l)(2), 21 C.F.R. part 56; 42 U.S.C. Sect. 241(d); 5 U.S.C. Sect. 552a; 44 U.S.C. Sect. 3501 et seq.

TABLE. Percentage of adult COVID-19 case-patients and control patients with ≥1 post-COVID–attributable incident conditions and estimated number of COVID-19 survivors who will experience a post-COVID condition — United States, March 2020–November 2021

| Age group, yrs | No. of patients (column %) | | No. of patients with ≥1 incident condition (column %*) | | Absolute risk difference[†] | No. of COVID-19 survivors with a post-COVID condition[§] |
|---|---|---|---|---|---|---|
| | Case-patients | Control patients | Case-patients | Control patients | | |
| 18–64 | 254,345 (72.0) | 1,051,588 (64.1) | 90,111 (35.4) | 154,011 (14.6) | 20.8 | 1/5 |
| ≥65 | 98,819 (28.0) | 589,188 (35.9) | 44,840 (45.4) | 108,850 (18.5) | 26.9 | 1/4 |
| Total | 353,164 (100) | 1,640,776 (100) | 134,951 (38.2) | 262,861 (16.0) | 22.2 | 1/4–5 |

* Percentage of COVID-19 case-patients or control patients with ≥1 incident condition divided by the total study COVID-19 cohort or control cohort row's age group total.
† Percentage point difference between COVID-19 case-patients and control patients (e.g., the value 20.8 is calculated as 35.4 minus 14.6).
§ Number of COVID-19 survivors who experienced a post-COVID condition estimated as the inverse of the absolute risk difference.

renal failure, thromboembolic events, cerebrovascular disease, type 2 diabetes, muscle disorders, neurologic conditions, and mental health conditions (including mood disorders, anxiety, other mental conditions, and substance-related disorders).

### Discussion

The findings from this analysis of a large EHR-based database of U.S. adults indicated that COVID-19 survivors were significantly more likely than were control patients to have incident conditions that might be attributable to previous COVID-19. One in five COVID-19 survivors aged 18–64 years and one in four survivors aged ≥65 years experienced at least one incident condition that might be attributable to previous COVID-19. Independent of age group, the highest RRs were for acute pulmonary embolism and respiratory symptoms.

These findings are consistent with those from several large studies that indicated that post-COVID incident conditions occur in 20%–30% of patients (6,7), and that a proportion of patients require expanded follow-up care after the initial infection. COVID-19 severity and illness duration can affect patients' health care needs and economic well-being (8). The occurrence of incident conditions following infection might also affect a patient's ability to contribute to the workforce and might have economic consequences for survivors and their dependents, particularly among adults aged 18–64 years (5). In addition, care requirements might place a strain on health services after acute illness in communities that experience heavy COVID-19 case surges.

COVID-19 survivors aged ≥65 years in this study were at increased risk for neurologic conditions, as well as for four of five mental health conditions (mood disorders, other

FIGURE. Risk ratios* for developing post-COVID conditions among adults aged 18–64 years and ≥65 years — United States, March 2020–November 2021



**Abbreviation:** GI = gastrointestinal.
* With CIs indicated by error bars; some error bars are not visible because of small CIs.

### Summary

**What is already known about this topic?**

As more persons are exposed to and infected by SARS-CoV-2, reports of patients who experience persistent symptoms or organ dysfunction after acute COVID-19 and develop post-COVID conditions have increased.

**What is added by this report?**

COVID-19 survivors have twice the risk for developing pulmonary embolism or respiratory conditions; one in five COVID-19 survivors aged 18–64 years and one in four survivors aged ≥65 years experienced at least one incident condition that might be attributable to previous COVID-19.

**What are the implications for public health practice?**

Implementation of COVID-19 prevention strategies, as well as routine assessment for post-COVID conditions among persons who survive COVID-19, is critical to reducing the incidence and impact of post-COVID conditions, particularly among adults aged ≥65 years.

mental conditions, anxiety, and substance-related disorders). Neurocognitive symptoms have been reported to persist for up to 1 year after acute infection and might persist longer (*9*). Overall, 45.4% of survivors aged ≥65 years in this study had incident conditions. Among adults aged ≥65 years, who are already at higher risk for stroke and neurocognitive impairment, post-COVID conditions affecting the nervous system are of particular concern because these conditions can lead to early entry into supportive services or investment of additional resources into care (*10*).

The findings in this study are subject to at least five limitations. First, patient data were limited to those seen at facilities serviced by Cerner EHR network during January 2020–November 2021; therefore, the findings might not be representative of the entire U.S. adult population or of COVID-19 case patients infected with recent variants. Second, the incidence of new conditions after an acute COVID-19 infection might be biased toward a population that is seeking care, either as a follow-up to a previous complaint (including COVID-19) or for another medical complaint, which might result in a "sicker" control group leading to underestimation of observed risk. Third, COVID-19 vaccination status was not considered in this analysis, nor were potentially confounding factors (e.g., SARS-CoV-2 variant, sex, race, ethnicity, health care entity, or geographic region), because data were not available, were inconsistent, or included a high proportion of missing or unknown values; for example, data were not matched by data contributors, so controls were not necessarily from the same health care entity or region of the country. Differences between the groups might influence the risks associated with survival from COVID-19 and incident conditions, which require further study. Fourth, *International Classification of Disease, Tenth Revision, Clinical Modification* (ICD-10-CM) codes were used to identify COVID-19 case-patients, and misclassification of controls is possible. However, the inclusion of laboratory data to identify case-patients and exclude controls helped to limit the potential for such misclassification. Finally, the study only assessed conditions thought to be attributable to COVID-19 or post-COVID illness, which might have biased RRs away from the null. For example, clinicians might have been more likely to document possible post-COVID conditions among case-patients. In addition, because several conditions examined are also risk factors for moderate to severe COVID-19, it is possible that case-patients were more likely to have had an existing condition that was not documented in their EHR during the year preceding their COVID-19 diagnosis, resulting in overestimated risk for this group.

As the cumulative number of persons ever having been infected with SARS-CoV-2 increases, the number of survivors suffering post-COVID conditions is also likely to increase. Therefore, implementation of COVID-19 prevention strategies, as well as routine assessment for post-COVID conditions among persons who survive COVID-19, is critical to reducing the incidence and impact of post-COVID conditions, particularly among adults aged ≥65 years (*2*). These findings can increase awareness for post-COVID conditions and improve post-acute care and management of patients after illness. Further investigation is warranted to understand the pathophysiologic mechanisms associated with increased risk for post-COVID conditions, including by age and type of condition.

Corresponding author: Lara Bull-Otterson, lbull@cdc.gov.

[1]CDC COVID-19 Emergency Response Team; [2]GAP Solutions, Inc., Herndon, Virginia.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

### References

1. CDC. Long COVID or post-COVID conditions. Atlanta, GA: US Department of Health and Human Services, CDC; 2022. Accessed April 22, 2022. https://www.cdc.gov/coronavirus/2019-ncov/long-term-effects/index.html
2. Antonelli M, Penfold RS, Merino J, et al. Risk factors and disease profile of post-vaccination SARS-CoV-2 infection in UK users of the COVID Symptom Study app: a prospective, community-based, nested, case-control study. Lancet Infect Dis 2022;22:43-55. PMID:34480857 https://doi.org/10.1016/S1473-3099(21)00460-6
3. Al-Aly Z, Xie Y, Bowe B. High-dimensional characterization of post-acute sequelae of COVID-19. Nature 2021;594:259–64. PMID:33887749 https://doi.org/10.1038/s41586-021-03553-9
4. Cohen K, Ren S, Heath K, et al. Risk of persistent and new clinical sequelae among adults aged 65 years and older during the post-acute phase of SARS-CoV-2 infection: retrospective cohort study. BMJ 2022;376:e068414. PMID:35140117 https://doi.org/10.1136/bmj-2021-068414

5. Rajan S, Khunti K, Alwan N, et al. In the wake of the pandemic: preparing for long COVID. Copenhagen, Denmark: European Observatory on Health Systems and Policies; 2021. PMID:33877759
6. Ayoubkhani D, Khunti K, Nafilyan V, et al. Post-COVID syndrome in individuals admitted to hospital with COVID-19: retrospective cohort study. BMJ 2021;372:n693. PMID:33789877 https://doi.org/10.1136/bmj.n693
7. Donnelly JP, Wang XQ, Iwashyna TJ, Prescott HC. Readmission and death after initial hospital discharge among patients with COVID-19 in a large multihospital system. JAMA 2021;325:304–6. PMID:33315057 https://doi.org/10.1001/jama.2020.21465
8. CDC. Science brief: indicators for monitoring COVID-19 community levels and making public health recommendations. Atlanta, GA: US Department of Health and Human Services; 2022. https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/indicators-monitoring-community-levels.html
9. Mueller AL, McNamara MS, Sinclair DA. Why does COVID-19 disproportionately affect older people? Aging (Albany NY) 2020;12:9959–81. PMID:32470948 https://doi.org/10.18632/aging.103344
10. Mohamed MS, Johansson A, Jonsson J, Schiöth HB. Dissecting the molecular mechanisms surrounding post-COVID-19 syndrome and neurological features. Int J Mol Sci 2022;23:4275. PMID:35457093 https://doi.org/10.3390/ijms23084275

# Exhibit B

## DECLARATION OF CATHARINE LAYTON

STATE OF TEXAS

COUNTY OF Hays

I, Catharine Layton, being duly sworn on oath do say:

1. I am the Chief Operating Officer of the Informed Consent Action Network (ICAN), a not-for-profit 501(c)(3) organization whose mission is to disseminate scientific health information to the public.

2. I have been an officer of ICAN since its founding in 2016. I oversee all day-to-day operations of the organization and all ICAN's programs. Together with our CEO and Board, I ensure that all efforts are focused on our mission statement and ensure that ICAN stays in compliance with all required rules and regulations.

3. In pursuit of its mission, ICAN relies primarily on its own investigative reporting. ICAN is both instrumental in orchestrating cutting edge investigations into the safety of various medical products, as well as widely disseminating its findings through various media channels. Most notably, ICAN's popular website hosts the organization's largest education program, The HighWire with Del Bigtree. Utilizing its media teams' 40+ years of experience in TV production and investigative journalism, The HighWire provides hours of new video content to the public each week for free.

4. The HighWire website has approximately 3.4 million weekly visitors. On Twitter, The HighWire has approximately 140,000 followers and 1 to 2.5 million impressions in a 28-day period. Between Rumble and Bitchute, The HighWire has approximately 60,000 followers and growing. Additionally, ICAN has 29,000 text subscribers and 194,245 email subscribers.

5. The size of ICAN's audience and subscribers continues to grow and is illustrative of the wide public interest in the subject of health and medical safety. Moreover, critical to ICAN's mission is its proven ability to find and review critical scientific and governmental records and meaningfully report about their social impacts.

6. One of the tools ICAN uses to gather the raw material it uses in its popular investigative reporting is the Freedom of Information Act (FOIA).

7. ICAN uses records it obtains from its FOIA requests to carry out its public mission and support its role as a non-profit news-media organization in the field of health and medical safety, but as a non-profit, ICAN does not have a commercial interest in the records it seeks through FOIA.

8. Based on what I know as the Chief Operating Officer, as well what has been demonstrated by ICAN's past and current investigative reporting, for purposes of FOIA's Fee Waiver provisions, ICAN certainly qualifies as a "representative of the news media."

Signed __3__ day of __May__ 2022

_____
Signature of Catharine Layton

I, __Amy Blackwell__ Notary public for the state of __Texas__ witnessed said __Catharine Layton__ sign the above statement this __3__ day of __May__, 2022
(month)
Notary Public for _____

AMY MARIE BLACKWELL
Notary ID #132597493
My Commission Expires
July 30, 2024