# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br>    Plaintiff,<br>    v.<br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br>    Defendants. | Civil Action No. 23-1960 (CKK) |

## ORDER
(February 9, 2024)

In light of the parties' [17] Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 9th day of February, 2024, hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: February 9, 2024

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge